IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:16CR270 |
| vs. | ) ) | ORDER |
| MARCO JIMENEZ FERNANDEZ and MARGARITA ROBLES-AGUIRRE, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the motion for an extension of time by defendant Margarita Robles-Aguirre (Robles-Aguirre) (Filing No. 22). Robles-Aguirre seeks an extension of thirty days in which to file pretrial motions in accordance with the progression order. Robles-Aguirre's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted and the **pretrial motion deadline will be extended as to both defendants.**

**IT IS ORDERED:**

Defendant Robles-Aguirre's motion for an extension of time (Filing No. 22) is granted. Robles-Aguirre and Marco Jimenez Fernandez are given until **on or before November 28, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the **time between October 19, 2016, and November 28, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge