**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | 8:16CR270 |
| v. | ) ) ) | FINDINGS AND RECOMMENDATION AND |
| **MARCO JIMENEZ FERNANDEZ** and **MARGARITA ROBLES-AGUIRRE,** | ) ) ) | ORDER |
| Defendants. | ) ) | |

At the conclusion of the hearing on December 21, 2016, on each of the defendants' motion to suppress, I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Robert F. Rossiter, Jr., United States District Judge, that Jimenez Fernandez's Motion to Suppress (Filing No. 24) and Robles-Aguirre's Motion to Suppress (Filing No. 26) be denied as set forth in the oral Findings and Recommendation as will be reflected in the transcript.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.
2. Pursuant to NECrimR 59.2 any objection to those Findings and Recommendations shall be filed with the Clerk of the Court within fourteen (14) days after the transcript has been filed. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 21st day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
U.S. Magistrate Judge