## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR270 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARCO JIMENEZ FERNANDEZ, | ) | ORDER |
| MARGARITA ROBLES-AGUIRRE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Marco Jimenez Fernandez Unopposed Motion to Continue Trial [44] as counsel needs addition time to explore plea negotiations. Defendant's counsel represents that defendant consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [44] is granted as follows:

1. The jury trial, for both defendants, now set for March 13, 2017 is continued to **April 17, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 17, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 1, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**