IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR270 |
| v. | |
| MARCO JIMENEZ FERNANDEZ, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today, judgment is entered in favor of the United States of America and against Marco Jimenez Fernandez.

Dated this 27th day of June, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge